IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3116 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE HERNANDEZ and | ) | |
| URIEL HERNANDEZ RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED the "motion for reconsideration" filed by Defendant Jose Hernandez (filing 39), which the court construes as a motion for leave to object out of time to the Magistrate Judge's report and recommendation (filing 34), is granted, as follows:

Defendant may file a statement of objections and supporting brief on or before January 27, 2006.

January 24, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge