IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3116-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Government's Motion to Continue Sentencing, filing 83,

IT IS ORDERED that the Motion is granted and the sentencing hearing is continued to Wednesday, July 26, 2006, at 11:00 a.m., and will be held in Courtroom #1 of the U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

July 12, 2006.                         BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge