IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Defendant Hernandez's sentencing is continued to July 31, 2006, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 26, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge