IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to file out-of-time an objection to the revised presentence report (filing 103) is granted. The defendant's objection will be taken up at sentencing on Friday, September 29, 2006, at 2:00 p.m.

September 26, 2006.      BY THE COURT:

                                              *s/ Richard G. Kopf*
                                              United States District Judge