UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3116 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JOSE HERNANDEZ, | ) | |
| URIEL HERNANDEZ RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 29th day of September, 2006, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 26, 2006, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, Section 4 and Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 853, based upon the Defendants' pleas of guilty to Counts I and II of the Indictment and Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in one 1997 Chevrolet Venture mini-van, VIN 1GNDX03E6VD137701 was forfeited to the United States.

2. On July 12, 19 and 26, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on August 25, 2006 (Filing No. 91).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject property, i.e., one 1997 Chevrolet Venture mini-van, VIN 1GNDX03E6VD13770, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject property, i.e., one 1997 Chevrolet Venture mini-van, VIN 1GNDX03E6VD137701, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

September 29, 2006.                        BY THE COURT:

                                                                      s/ *RICHARD G. KOPF*
                                                                      United States District Judge